# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| ENTERTAINMENT PUBLICATIONS, LLC, ) | Case No. 13-10496-CSS |
| Debtor. ) | |
| LISA M. CZARNIAK, on behalf of herself and all others similarly situated, ) ) | Adv. Pro No. 13-50912-CSS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ENTERTAINMENT PUBLICATIONS, LLC, a/k/a ENTERTAINMENT PROMOTIONS, a/k/a ENTERTAINMENT.COM, MH INVESTORS UNITED, LLC, MH PRIVATE EQUITY FUND, LLC, MH-EPI HOLDINGS LLC, MH INVESTORS ENTERTAINMENT LLC, ) ) ) ) ) ) ) | |
| Defendants. ) | |

## CASE STATUS REPORT – STATUS F

Pursuant to the Court's June 2, 2014 Order requesting Plaintiff's Counsel file a status [Docket No. 30], Plaintiff Lisa M. Czarniak, on behalf of herself and all others similarly situated, submit this Case Status Report and in connection with the above-captioned adversary proceeding.

Status of the Case

On April 3, 2013, Plaintiff served her *Class Action Adversary Proceeding Complaint* [Docket No. 1] (the "Complaint") alleging that Defendants violated the Worker Adjustment Retraining and Notification Act (the "WARN Act") and seeking, on behalf of herself and all

others similarly situated an allowed claim in an amount equal to 60 days wages and benefits for each affected employee.

On May 13, 2013, Debtor filed its *Answer and Defenses to Adversary Proceeding Class Action Complaint of Lisa Czarniak* [Docket No. 4], pursuant to which Debtor asserted various affirmative defenses.

On June 11, 2013, Defendants MH Investors Entertainment LLC, MH Investors United, LLC, MH Private Equity Fund, LLC, and MH-EPI Holdings, LLC filed their *Motion to Dismiss* [Docket No. 11], which was fully briefed [Docket Nos. 20, 25].

On March 12, 2014, this Court entered an *Order*, granting the MH Defendants' Motion to Dismiss [Docket No. 29].

On July 10, 2013, Plaintiff moved for Class Certification and Related Relief [Docket No. 17]. Debtor did not file a response. Plaintiff intends to file a certificate of no objection on June 26, 2014.

DATED: June 23, 2014
Wilmington, Delaware

/s/ Jack A. Raisner_____
Jack A. Raisner
René S. Roupinian
**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
Phone: (212) 245-1000
    - And -
/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
**LOIZIDES, P.A.**
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
Email:    loizides@loizides.com

*Attorneys for the Plaintiff and the putative class*