IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 7 |
| ENTERTAINMENT PUBLICATIONS, LLC, | : Case No. 13-10496-CSS |
| Debtor | : Re: Docket No. _____ |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION MODIFYING AUTOMATIC STAY TO PERMIT ADJUDICATION OF NEGLIGENCE AND PRODUCT LIABILITY CLAIMS OF MINOR ALEXIA NATAN, BY AND THROUGH HER *GUARDIAN AD LITEM*, SUZETTE NATAN, AND CONTRACTUAL DEFENSE AND INDEMNITY CLAIMS OF BED BATH & BEYOND INC. TO THE EXTENT OF AVAILABLE THIRD-PARTY INSURANCE PROCEEDS**

The undersigned, as counsel to Alexia Natan, by and through her *guardian ad litem*, Suzette Natan (the "Claimant") and Bed Bath & Beyond Inc. ("BB&B"), through its attorneys, Snyder Law, LLP, hereby submit as follows:

1. On March 12, 2013 (the "Petition Date"), Entertainment Publications, LLC (the "Debtor") commenced these proceedings (the "Chapter 7 Cases") by filing for relief in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. The Claimant alleges that prior to the Petition Date, the Claimant sustained personal injuries (the "Alleged Injury") in connection with a faulty in-store display as a result of the negligence and product liability of the Debtor and BB&B.

3. BB&B alleges that, prior the Petition Date, the Debtor assumed a contractual obligation to defend and indemnify BB&B against negligence and products liability claims arising from the Product.

4. The Claimant seeks to continue an action, captioned *Natan* v. *Bed Bath & Beyond, Inc., et al.*, 30-2013-00645100-CU-PO-CJC filed in the Superior Court of the State of

California; County of Orange, Central Justice Center, against the Debtor, with respect to the Alleged Injury.

    5.    In order to effectuate the relief set forth in the Stipulation attached as Exhibit A to the proposed form of Order, the undersigned respectfully requests that the Court enter the same at its earliest convenience and without requirement of further notice or hearing.

Dated: April ___, 2014    **BILLION LAW**

    */s/ Mark M. Billion*
Mark M. Billion, Esq. (DE ___)
922 New Road, Fl. 2
Wilmington, DE 19805
Telephone: (302) 428-9400
Facsimile: (302) 450-4040

*Counsel to the Claimant*

Dated: April ___, 2014    **SNYDER LAW, LLP**

Sean R. Burnett
420 South Fairview Avenue, Suite 102
Santa Barbara, California 93117
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
sburnett@snyderlaw.com

*Counsel to Bed Bath & Beyond Inc.*